# IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON JONES,
Appellant,

vs.

JO GENTRY, WARDEN; AND THE
STATE OF NEVADA,
Respondents.

No. 75470

**FILED**

APR 2 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed his appeal on March 22, 2018. Thus, the notice of appeal is premature. To the extent that appellant appeals from the order denying a motion for judicial notice, no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

18-15346

cc: Hon. Stefany Miley, District Judge
Jason Jones
Attorney General/Carson City
Eighth District Court Clerk